# IN THE UNITED STATES DISTRICT COURT
## WESTERN District of Arkansas
## HARRISON DIVISION

**JASON HARTLEY HELM**                                                                 **PLAINTIFF**

VS.                                             CASE NO. 3:21-cv-03035

**CAPTAIN LOOKINGBILL,** *et al.*                                                **DEFENDANTS**

## DEFENDANT NURSE CARRIE KAUFFMAN'S
## WAIVER OF THE SERVICE OF SUMMONS

To the Clerk of this Court and all parties of record:

Please be advised that I have been retained to represent Defendant, Nurse Carrie Kauffman, who has agreed to waive service of summons and complaint in this case. In furtherance thereof, I certify as follows:

1.  On July 19, 2021, pro se Plaintiff Jason Hartley Helm filed his Amended Complaint naming "Nurse Kauffman" as a defendant. (ECF 14). Nurse Kauffman has been identified as Carrie Kauffman, who works for a third-party medical company contracted by Carroll County, Turn Key Health Clinics, LLC.

2.  On July 27, 2021, an Order was issued by the Court directing the Clerk to prepare a Summons for the named Defendants and the U.S. Marshal to serve the Defendants. *(ECF 15)*.

3.  The U.S. Marshal's Service sent the Amended Complaint and Summons via certified mail addressed to Tiffany Chapman at the Carroll County Jail. *(ECF 17, p.7)*. On

August 6, 2021, a staff member at the Carroll County Jail accepted service on behalf of Defendant Carrie Kauffman.

4. Carrie Kauffman was not an employee of the Carroll County Jail at the time of service and the person who inadvertently accepted service was not authorized to accept service of process for Carrie Kauffman. Therefore, Carrie Kauffman was unaware of the Summons and Amended Complaint until on or about July 26, 2021.

5. The individual I represent, Defendant Carrie Kauffman, agrees to save the expense of serving a summons and complaint in this case.

6. The individual I represent, Defendant Carrie Kauffman, understands that she will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of this action, but that she waives any objections to the absence of a summons or of service.

7. The individual I represent, Defendant Carrie Kauffman, further understands that she must file and serve an answer or a motion under Rule 12 within 60 days from today's date, and that failure to do so may result in a default judgment be entered against Defendant.

Date: July 27, 2021

Respectfully submitted,

Carrie Kauffman
Printed Name of Party Waiving
Service of Summons

s/ Alexandra G. Ah Loy
Alexandra G. Ah Loy, AR Bar #2020002
Chief Legal Officer
Turn Key Health Clinics, LLC
900 NW 12th Street
Oklahoma City, OK 73106
Telephone: (405) 516-0276
Facsimile: (405) 920-3016
E-Mail: allie@turnkeyhealthclinics.com
*Attorney for Defendant Carrie Kauffman*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2021, I filed the attached document with the Clerk of Court and served the attached document by first class mail on the following, who is not a registered participant of the ECF System:

Jason Hartley Helm, ADC #17290
Carroll County Detention Center
205 Hailey Road
Berryville, AR 72616

                                        _s/ Alexandra G. Ah Loy_