**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**JASON HARTLEY HELM**                                                            **PLAINTIFF**

**V.**                              **CASE NO. 3:21-CV-3035**

**CAPTAIN LOOKINGBILL,
Carroll County Detention Center ("CCDC");
LIEUTENANT HERREN, CCDC;
DETENTION OFFICER RALLS, CCDC;
BRANTLEY (first name unknown), CCDC;
CORPORAL KOSTER, CCDC; and
NURSE KAUFFMAN, CCDC**                                            **DEFENDANTS**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 44) filed in this case on December 1, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, all claims against separate Defendant Herren are **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to terminate him as a party.

**IT IS SO ORDERED** on this 22nd day of December, 2021.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE