**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**JASON HARLEY HELM**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:21-CV-3035**

**CAPTAIN LOOKINGBILL, et al.**                                   **DEFENDANTS**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 76) filed in this case on May 26, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Report and Recommendation, the Motions for Summary Judgment (Docs. 52 & 66) are **GRANTED in PART and DENIED in PART** as follows:

•      the motions are **GRANTED** regarding Helm's first claim concerning the events of December 25, 26, and 27, 2020; and

•      the motions are **DENIED** regarding Helm's second and third claims.

**IT IS SO ORDERED** on this 17th day of June, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE